UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA MAJOR-MACK,<br><br>    Plaintiff,<br><br>    v.<br><br>ORGANON USA, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-05421-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF Nos. 13 & 17 |

Before the Court are Defendants' Motion to Stay and Plaintiff's Motion to Remand. ECF Nos. 13 & 17. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 16, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: January 6, 2014

JON S. TIGAR
United States District Judge